UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JERMAINE LEE PIPER,

Defendant.

CASE NO. 17-127-JLR

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with being a felon in possession of a firearm. The court received information indicating the alleged possession is not an isolated event. The guns in defendant's possession were obtained over several months in 2016 and 2017. Additionally, police investigation indicates defendant possessed an assault type rifle in October 2016, in another incident. The facts of the current case also indicate defendant poses a danger in that one of the guns defendant possessed was discharged in an apartment complex, and a round went through a neighbors wall.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 4th day of May, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge