HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00127JLR |
| Plaintiff, | ORDER GRANTING UNOPPOSSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| JERMAINE LEE PIPER AND SARAH ELAINE BROWN, | |
| Defendants. | |

Based on Defendant Sarah Elaine Brown's Unopposed Motion to Continue Trial and Pretrial Motions Deadline (Mot. (Dkt. 21)) and Waiver of Speedy Trial (Waiver (Dkt. #22)), and Defendant Jermaine Lee Piper's Waiver of Right to Speedy Trial (Waiver (Dkt. 23)), the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE - 1
(Sarah E. Brown; CR 17-00127JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS ORDERED that the trial date is continued from July 3, 2017, to October 23, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order, to October 23, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

FURTHERMORE, IT IS ORDERED that pretrial motions are due no later than September 7, 2017. *JLR*

DONE this 2nd day of June, 2017.

_____
JAMES L. ROBART
U.S. DISTRICT JUDGE

Presented by:

s/ *Kyana Givens*
s/ *Gregory Geist*
Attorneys for Sarah E. Brown
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE   - 2
(*Sarah E. Brown;* CR 17-00127JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100