The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE LEE PIPER,<br><br>Defendant. | NO. CR17-127 JLR<br><br>[PROPOSED] ORDER TO SEAL EXHIBIT G OF GOVERNMENT'S SENTENCING MEMORANDUM |

Having reviewed Exhibit G of the Government's Sentencing Memorandum, which was filed under seal, and the Government's Motion to Seal requesting that the government's exhibit be allowed to remain under seal,

It is hereby ORDERED that Exhibit G of the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 4th day of October, 2017.

HON. JAMES L. ROBART
United States District Judge

*United States v. Piper* / CR17-127 JLR
Order to Seal Exhibit 8 of Government's Sentencing Memorandum

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970